UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-20642-KING/TORRES

ELEUTERIO A. BENJAMIN,
LUIS ALONSO, and
All Others Similarly Situated,

**COLLECTIVE ACTION**

    Plaintiffs,

vs.

VHU EXPRESS, INC.,
LISA D. BYTHEWOOD, and
CRAIG BYTHEWOOD,

    Defendants.
_____/

**AFFIDAVIT OF INDEBTEDNESS**

STATE OF FLORIDA       ) ss.
COUNTY OF MIAMI-DADE )

Plaintiff, Luis Alonso, having been duly sworn, deposes and says as follows:

1. I was an employee of Defendants, VHU Express, Inc., Lisa D. Bythewood, and Craig Bythewood, and consented to join this lawsuit to recover unpaid wages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, et seq.

2. Defendants employed me from approximately November, 2015 to February 4, 2016.

3. I routinely worked more than 40 hours weekly, but I was not paid overtime wages or at least a minimum wage for the time that I worked for Defendants.

4. In particular, I am owed **$2,320.00** for unpaid/underpaid minimum wages, plus another **$3,280.73** in unpaid overtime wages for a total of **$5,600.73** in unpaid/underpaid wages.

5. I have reviewed and agreed with my Statement of Claim filed in this case, including the calculations included in it. [ECF No. 16 and 16-1]

6. I also am seeking liquidated damages in the same amount of **$5,600.73**.

7. Therefore, in total, I am pursuantly owed **$7,614.51** in damages, in addition to recovery of my attorneys' fees, costs, and reasonable expenses.

8. Besides giving my consent to join in this lawsuit as a Plaintiff, the Court appointed me as a representative of a class of similarly situated employees of Defendants in Florida.

9. Based on the information provided to me, and my role as a representative of the collective those who joined in this case are owed the following amounts:

SUMMARY

| | Name | Wages Owed | Liquidated Damages | Credit Applied for Payment(s) Received | Total Owed | |
|---|---|---|---|---|---|---|
| 1 | Euletario A. Benjamin | $5,921.40 | $5,921.40 | $3,634.48 | $8,208.31 | |
| 2 | Luis Alonso | $5,600.73 | $5,600.73 | $3,586.95 | $7,614.51 | |
| 3 | James D. Mock | $343.94 | $343.94 | $464.07 | $223.80 | |
| 4 | Julio Cesar Navarro | $19,487.86 | $19,487.86 | $4,799.22 | $34,176.49 | |
| 5 | Javier De Leon | $14,372.74 | $14,372.74 | $978.88 | $27,766.59 | |
| 6 | Maria Herrera | $14,223.13 | $14,223.13 | $6,343.27 | $22,103.00 | |
| 7 | Raul Bermudez | $14,728.91 | $14,728.91 | $6,248.09 | $23,209.73 | |
| 8 | Causey Bryant | $10,370.36 | $10,370.36 | $4,026.42 | $16,714.31 | DMI 1 |
| 9 | Todd Foster | $2,710.47 | $2,710.47 | $2,699.91 | $2,721.03 | |
| 10 | Jose Saldana | $13,056.76 | $13,056.76 | $6,925.58 | $19,187.94 | |
| 11 | Jermaine Duhart | $12,377.23 | $12,377.23 | $7,444.12 | $17,310.33 | |
| 12 | Adrian Young | $12,531.75 | $12,531.75 | $3,533.89 | $21,529.62 | |
| 13 | Napoleon Carlow | $17,448.28 | $17,448.28 | $7,414.89 | $27,481.67 | |
| 14 | Kalin Mareus | $15,666.18 | $15,666.18 | $6,757.62 | $24,574.73 | |
| 15 | Clarence W. Henry | $5,977.98 | $5,977.98 | $1,836.69 | $10,119.26 | |
| 16 | Jerramy Henderson | $15,201.55 | $15,201.55 | $4,894.40 | $25,508.70 | |
| 17 | Larry Hill | $8,359.85 | $8,359.85 | $4,894.40 | $11,825.30 | |
| 18 | Dwayne Stokes, II | $6,910.35 | $6,910.35 | $3,915.52 | $9,905.18 | |
| 19 | Dwayne Solomon | $8,359.85 | $8,359.85 | $6,087.86 | $10,631.84 | DM2 |
| 20 | Christopher J. Cole | $6,185.60 | $6,185.60 | | $12,371.20 | |
| 21 | Darryl Lamar Burden | $6,185.60 | $6,185.60 | | $12,371.20 | |
| 22 | Marcellus Royal | $6,185.60 | $6,185.60 | | $12,371.20 | |
| 23 | Kenneth Davis | $6,185.60 | $6,185.60 | | $12,371.20 | TAMPA |
| | | | | **Total:** | **$370,297.15** | |

7300 N. Kendall Drive, Suite 450, Miami, Florida 33156
TEL 305.230.4884  FAX 305.230.4844
brian@fairlawattorney.com www.fairlawattorney.com

10. The calculations for the foregoing amounts are appended hereto.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

Dated December 28, 2016.

_____
Luis Alonso

7300 N. Kendall Drive, Suite 450, Miami, Florida 33156
TEL 305.230.4884   FAX 305.230.4844
brian@fairlawattorney.com   www.fairlawattorney.com